No. 976, Misc. PURIFOY *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 978, Misc. FOX *v.* MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 979, Misc. CASTRO *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 981, Misc. FLORES *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 984, Misc. JACKSON *v.* WILSON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 987, Misc. DOUGLAS *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 989, Misc. CARROLL *v.* TURNER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 990, Misc. PARKER *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 992, Misc. RILEY *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 993, Misc. WYNN *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 994, Misc. CANNON *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Sup. Ct. Fla. Certiorari denied.

No. 1004, Misc. CARR *v.* ALABAMA. Ct. App. Ala. Certiorari denied. *John C. Walters* for petitioner.